IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

        Plaintiff,             No. CIV S-03-0381 FCD CMK P

     vs.

D.L. RUNNELS, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed a second amended complaint, on April 15, 2005.  Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party.  See Fed. R. Civ. P. 15(a).  An answer was filed on September 15, 2004.  Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties.  In fact, on May 5, 2005, defendants filed objections to plaintiff's second amended complaint.  Plaintiff's amended complaint will therefore be stricken, and this action will proceed on the complaint filed May 27, 2003.

///

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's second amended

2  complaint is stricken.

3  DATED:   May 16, 2005.

4

5  _____
   **CRAIG M. KELLISON**
6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26