IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

      Plaintiff,                        No. CIV S-03-0381 FCD CMK P

    vs.

D.L. RUNNELS, et al.,

      Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  On May 9, 2005, defendants filed a request for an extension of time to respond to plaintiff's fourth request for production of documents.  On May 17, 2005, the court considered this document a discovery request and disregarded it.

        On May 27, 2005, defendant filed a request for clarification and again requested the court grant them thirty additional days to respond to plaintiff's requests for production.

        The court's discovery order requires defendants to respond to discovery request forty-five days after the request is first served . (See Court Docket No. 32.)

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' request for an extension of time filed May 9, 2005, is granted;

        2. Defendants may file responses to plaintiff's fourth request for production of documents within thirty days of service of this order; and

        3. The courts order filed May 17, 2005, is vacated.

DATED: July 21, 2005.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE