BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendants Wagner,
Jackson, Mumby and Cain
48149286-SA2003104747

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMON LOEB,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**D. L. RUNNELS, et al.,**<br><br>                                    Defendants. | CASE NO. CIV S-03-0381 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY ORDERED THAT**: good cause having been shown, Defendants shall have until Monday, August 29, 2005, to file their opposition to Plaintiff's motion for summary judgment.

DATED: August 3, 2005.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendants' Request for Extension of Time
to File Opposition to Plaintiff's Motion for Summary Judgment