1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JAMES E. FLYNN
Supervising Deputy Attorney General
5 | BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Wagner,
Jackson, Mumby and Cain
10 | 48149286-SA2003104747

03

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMON LOEB,** | CASE NO. CIV S-03-0381 FCD CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **D. L. RUNNELS, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**: good cause having been shown, Defendants shall have until Wednesday, September 28, 2005, in which to file their opposition to Plaintiff's Motion for Summary Judgment.

Dated: August 29, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendants' Second Request for an Extension of Time
in Which to File an Opposition to Plaintiff's Motion for Summary Judgment

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Defendants' Second Request for an Extension of Time
in Which to File an Opposition to Plaintiff's Motion for Summary Judgment