IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,                                        No. CIV S-03-0381-FCD-CMK-P

    Plaintiff,

  vs.                                                              ORDER

D.L. RUNNELS, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's amended complaint, filed on May 27, 2003.  While the court's docket indicates that "E. Sandoval" is a named defendant, such defendant is not named in the amended complaint.  Because an amended complaint supersedes the original complaint, see Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992), and because the amended complaint does not name "E. Sandoval,"the Clerk of the court will be directed to update the court's docket to reflect that "E. Sandoval" is not a party to this action.  Pursuant to the court's orders issued on November 19, 2003, May 14, 2004, and August 19, 2004, this action proceeds as against defendants Mumby, Cain, and Wagner only.

/ / /

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed
2 to update the court's docket to reflect that "E. Sandoval" is not a party to this action.

4 DATED: November 28, 2005.

                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE