IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMON LOEB,<br><br>    Plaintiff,<br><br>  vs.<br><br>D.L. RUNNELS, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-03-0381-FCD-CMK-P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's amended complaint, filed on May 27, 2003. Pending before the court is plaintiff's motion for an extension of time (Doc. X75), filed on February 13, 2006. Plaintiff seeks a 30-day extension of time to respond to defendants' motion for summary judgment. Good cause appearing therefor, the request will be granted.

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's motion for an extension of time is granted; and

3  2. Plaintiff may file a response to defendants' motion for summary judgment
4  within 30 days of the date of service of this order.

6  DATED: February 16, 2006.

```
                                        /s/ Craig M. Kellison
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
```