IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMON LOEB, | No. CIV S-03-0381-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.L. RUNNELS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to vacate the court's July 22, 2005, scheduling order (Doc. 79), filed on April 13, 2006.  In light of the pending dispositive motions, defendants' motion will be granted and the remaining dates set out in the scheduling order will be vacated.  In particular, the following dates will be vacated: (1) the April 14, 2006, due date for plaintiff's pre-trial statement, nunc pro tunc to April 14, 2006; (2) the April 28, 2006, due date for defendants' pre-trial statement; (3) the May 5, 2006, date for the pre-trial conference; and (4) the jury trial date of July 25, 2006, in Courtroom 2 in Sacramento, California.  A schedule for the remainder of this litigation will be re-set, if appropriate, following resolution of defendants' motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to vacate the scheduling order is granted;

2. The April 14, 2006, due date for plaintiff's pre-trial statement is vacated, nunc pro tunc to April 14, 2006;

3. The April 28, 2006, due date for defendants' pre-trial statement is vacated;

4. The May 5, 2006, pre-trial conference is vacated; and

5. The jury trial set for July 25, 2006, in Courtroom 2 in Sacramento, California, is vacated.

DATED: April 19, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE