1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DESMON LOEB,                          No. CIV S-03-0381-FCD-CMK-P

12                  Plaintiff,

13          vs.                           <u>ORDER</u>

14  D.L. RUNNELS, et al.,

15                  Defendants.

16  _____/

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil

18  rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's amended

19  complaint, filed on May 27, 2003.  Pending before the court is plaintiff's motion for an extension

20  of time (Doc. 82), filed on May 8, 2006.  Plaintiff seeks a 20-day extension of time to file

21  objections to the findings and recommendations issued on April 28, 2006.  Good cause appearing

22  therefor, the request will be granted.

23  / / /

24  / / /

25  / / /

26  / / /

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      Plaintiff's motion for an extension of time is granted; and

3          2.      Plaintiff may file objections to the April 28, 2006, findings and

4  recommendations within 20 days of the date of service of this order.

5

6  DATED:   May 10, 2006.

7

8                                          _____
   **CRAIG M. KELLISON**

9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                          2