IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMON LOEB, | No. CIV S-03-0381-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.L. RUNNELS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's order granting summary judgment in his civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith.  See 28 U.S.C. § 1915(a)(3).  Having reviewed the entire file, the court concludes that the appeal is not taken in good faith.  The record reflects that plaintiff was unable to identify a material issue of fact to defeat defendants' motion for summary judgment.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is <u>not</u> taken in good faith; and

2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: October 4, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge